## CERTIFICATE OF SERVICE

No. 15-2047,   <u>In re: S.W. Miller</u>
2:14-cv-00330

I certify that my petition for writ of mandamus was served as follows:

(provide date of service) September 9, 2015

(select manner of service) [ ] by mail; [ ] by commercial carrier; [ X ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

Honorable Thomas E. Johnston, Robert C. Byrd Courthouse

300 Virginia Street, E., Courtroom No. 6610, P.O. Box 6610

Charleston, WV 25301 (via ECF/Hand delivery)


Stuart Calwell, Esq and Alexander Deane McLaughlin

The Calwell Practice, PLLC, Law and Arts Center West

500 Randolph Street, Charleston, WV  25302 (via ECF/Hand Delivery)

/s/ Molly Underwood Poe                          9/9/15
Signature                                        Date